UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re: Juan Osvaldo Gomez          PROCEEDINGS UNDER CHAPTER 13
and Miriam Gomez                   CASE NO.: 9:08-bk-05823-ALP
_____Debtors_____/

## MOTION TO VALUE COLLATERAL AND STRIP SECOND MORTGAGE

COMES NOW, **Juan Osvaldo Gomez and Miriam Gomez,** the Debtors, by and through their undersigned counsel and move this Honorable Court for an Order Stripping the Second Mortgage held by Third Federal Savings and Loan and as grounds therefore would show:

1. Debtor owns a piece of real property located at 4022 SW 15th PL., Cape Coral, FL 33914 valued at $120,000.00. This valuation is based on the Debtor's opinion of the market conditions of the surrounding neighborhood. The legal description is: CAPE CORAL UNIT 65 BLK.3325 PB 21 PG 161 LOTS 36 + 37. The first mortgage is owed $150, 121.31 as of the date of filing.

2. The second mortgage Third Federal Savings and Loan Account No. 5911625618 is owed $105,074.57. There is no equity in the property after the first mortgage to provide for a secured claim.

WHEREFORE, for the above reasons Debtor prays this Honorable Court enter an Order valuing the real property at $120,000.00 and stripping off the second Mortgage held by Third Federal Savings and Loan.

### CERTIFICATE OF SERVICE
I HEREBY CERTIFY that a copy of the foregoing this 11th day of June, 2008, is being mailed to **Jon Waage, Chapter 13 Trustee**, via NEF, **Third Federal Savings and Loan**, 7007 Broadway Ave, Cleaveland, OH 44105,**Third Federal Savings and Loan, Attn: c/o Kahane and Associates, P.A.**, 1815 Griffin Road #104, Dania Beach, FL 33004, and **Debtors** in the instant case via first class mail.

FREIRE & GONZALEZ, P.A.
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN:0813771
[X] Laila S. Gonzalez, Esq. FBN:0975291
1800 W. 49th Street, Suite 311
Hialeah, FL 33012
(305) 826-1774