UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re: Juan Osvaldo Gomez
and Miriam Gomez
        Debtors    /

PROCEEDINGS UNDER CHAPTER 13
CASE NO.: 9:08-bk-05823-ALP

## ORDER VALUING COLLATERAL AND STRIPPING SECOND MORTGAGE

**THIS CAUSE,** having come before the court on the 16th day of October, 2008 on Debtor's Motion to Value Collateral and Strip Second Mortgage and as grounds therefore would show:

1. Debtor's Motion to value collateral and strip second mortgage is granted.

2. The Real Property located at 4022 SW 15th PL., Cape Coral, FL 33914, legal description: CAPE CORAL UNIT 65 BLK.3325 PB 21 PG 161 LOTS 36 + 37. is valued at $120,000.00.

3. The second mortgage held by Third Federal Savings and Loan is stripped. The second mortgage held by Third Federal Savings and Loan is void and of no further effect.

DONE AND ORDERED on October 22, 2008

*/s/ Alexander L. Paskay/*

Alexander L. Paskay
United States Bankruptcy

Copies furnished to:
Juan Osvaldo Gomez and Miriam Gomez, Debtors
Jon Waage, via NEF
Third Federal Savings and Loan, Creditor